# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JENNIFER R SCOTT

§
§
§
§

v. §  CIVIL ACTION NO. 3:18-CV-01815-S

§

MIMEDX GROUP INC §

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16(a) and 26(f), the Court hereby sets this case for a scheduling conference hearing on ***September 14, 2018, at 1:00 p.m.*** at the United States District Court, 1100 Commerce Street, Courtroom 1632, Dallas, Texas 75242. Lead counsel and/or local counsel for each party and all unrepresented parties, shall be present. The parties are directed to confer as soon as practicable and be prepared to discuss with the Court the matters set forth in Rules 16(b)(3) and 26(f).

To the extent the parties herein have not arranged a scheduling conference with the Court or submitted their report, as required under Rule 26(f), the Court finds good cause to issue the scheduling order as soon as practicable after the hearing.

**SO ORDERED.**

SIGNED August 27, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE