## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER R. SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 3:18-CV-01815-S |
| | § | |
| MIMEDX GROUP, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Pending before the Court is Defendant MiMedx Group, Inc.'s ("Defendant" or "MiMedx") Unopposed Motion to Reschedule Initial Scheduling Conference (Dkt. 9). After reviewing the Motion, the Court finds that Defendant's Unopposed Motion to Reschedule Initial Scheduling Conference should be GRANTED and orders as follows:

It is therefore ORDERED that Defendant's Unopposed Motion to Reschedule Initial Scheduling Conference be, and it is hereby, GRANTED.

It is further ORDERED that the initial scheduling conference of this cause, currently set on September 14, 2018 at 1:00 p.m. be CANCELED and rescheduled on _October 12_, 2018 [September 13, 2018, October 12, 2018, or October 19, 2018]. _at 1:00 p.m._

Signed and entered the _5th_ day of _September_, 2018.

_[signature]_

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE