IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER R. SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>MIMEDX GROUP, INC.,<br><br>Defendant. | § § § § § § § § § § § | NO. 3:18-CV-01815-S |

## SCHEDULING ORDER

| | |
|---|---|
| December 6, 2018 | **Deadline for Exchanging Initial Rule 26 Disclosures.** |
| February 8, 2019 | **Motions for Leave to Join Other Parties.** Any motions for leave to join other parties must be filed no later than this date. |
| August 1, 2019 | **Pleadings of Parties.** Any amended pleadings asserting new causes of action or affirmative defenses must be filed no later than this date. |
| September 27, 2019 | **Discovery Completion Date.** All discovery, including depositions and written discovery, must be completed by this date. |
| October 11, 2019 | **Deadline for Filing Motions, Including Dispositive Motions.** Any motions, including dispositive motions (with the exception of motions in limine and *Daubert* motions), must be filed by this date. |
| December 13, 2019 | **Mediation.** The parties shall mediate the case with Mediation Beth Krugler by this date. |
| December 18, 2019 | **Deadline for Exchanging Rule 26 Pretrial Disclosures.** |
| January 16, 2020 | **Pretrial conference at 1:30 p.m.** |
| January 27, 2020 | **Trial Setting.** The trial of this cause is set for jury trial on the Court's 3-week docket beginning this date. |

SIGNED on this the 14th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE