IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: **3:18-CV01815-S**
2. Style of case: **Jennifer R. Scott v. MiMedx Group, Inc.**
3. Nature of suit: **Employment**
4. Method of ADR used:    **X Mediation**    ☐ Mini-Trial    ☐ Summary Jury Trial
5. Date ADR session was held: **September 30, 2019**
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.            ☐ Settled, in part, as a result of ADR.

   **X Settled as a result of ADR.**            ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: **$1500**
8. Duration of ADR: **one day**                            *(i.e., one day, two hours)*
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Jennifer Robyn Scott, Plaintiff**

   **Mark Trainer, Senior Counsel, MiMedx, Defendant**

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____        **10-2-19**
    M. Beth Krugler, Attorney-Mediator        Date

    306 West Broadway Ave., Fort Worth, TX 76104        (817) 377 8081
    Address                                             Telephone

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name: Jason C.N. Smith
Firm: Law Offices of Jason Smith
Address: 600 8th Avenue
Fort Worth, TX 76104
Phone: 817 334 0880

Name: Harold D. Jones
Jamie Lauren Strickler
Firm: Littler Mendelson, PC
Address: 2001 Ross Avenue, Suite 1500
Dallas, TX 75201
Phone: 214 880 8100