IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER R. SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 3:18-CV-01815-S |
| | § | |
| MIMEDX GROUP, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT'S CERTIFICATE OF CONFERENCE TO SUPPLEMENT MOTION TO WITHDRAW APPENDICES IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO SUPPRESS AUDIO RECORDINGS AND PLAINTIFF'S BRIEF IN SUPPORT OF RESPONSE

Defendant MiMedx Group, Inc. ("MiMedx") files this Certificate of Conference to Supplement the Motion to Withdraw Appendices in Support of Defendant's Motion for Protective Order and Motion to Suppress Audio Recordings and Plaintiff's Brief in Support of Response (the "Motion") and respectfully shows:

Plaintiff is unopposed to the Motion rather than agreed.

Dated:  October 3rd, 2019                                Respectfully submitted,

                                                         */s/ Harold D. Jones*
                                                         Harold D. Jones
                                                         Texas State Bar No. 10894020
                                                         Jamie Lauren Strickler
                                                         Texas State Bar No. 24071192

                                                         LITTLER MENDELSON, P.C.
                                                         2001 Ross Avenue
                                                         Suite 1500, Lock Box 116
                                                         Dallas, TX 75201.2931
                                                         214.880.8100
                                                         214.880.0181 (Facsimile)
                                                         hdjones@littler.com
                                                         jstrickler@littler.com
                                                         **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

On October 3rd, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas and electronically served same, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court.  The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

Jason C.N Smith
LAW OFFICES OF JASON SMITH
600 Eighth A venue
Fort Worth, Texas 76104
jasons@letsgotocourt.com


                                                         */s/ Harold D. Jones*
                                                         Harold D. Jones